UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Two Counts) |
| v. | ) | |
| | ) | 18 U.S.C. § 664 |
| SEAN EAGAN | ) | 18 U.S.C. § 669 |

**THE GRAND JURY CHARGES:**

## COUNT 1

From in or around 2006 through in or around 2010, in the Northern District of Indiana,

**SEAN EAGAN,**

defendant herein, did knowingly and willfully embezzle, steal, otherwise without authority convert to the use of any person other than the rightful owner, and intentionally misapply, in the approximate amount of $6,499.18, the moneys, funds, securities, premiums, credits, properties, and other assets of SME Inc. d/b/a Allegra Print and Imaging group health plan, a private plan and contract, affecting commerce, under which medical benefits, items, and services are provided to individuals.

All in violation of Title 18, United States Code, Section 669.

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

From in or around 2006 through 2010, in the Northern District of Indiana,

**SEAN EAGAN,**

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use (and the use of another), in the approximate amount of $10,800.26, the moneys, funds, securities, premiums, credits, property, and other assets of the Allegra Print and Imaging 401K Plan and Trust, an employee pension benefit plan, subject to Title I of the Employee Retirement Income Security Act of 1974, and of a fund connected with such plan.

All in violation of Title 18, United States Code, Section 664.

## FORFEITURE ALLEGATION

Upon conviction of the offenses in Counts 1 or 2 of the Indictment,

**SEAN EAGAN,**

defendant herein, shall forfeit to the United States any property constituting, or derived from, proceeds defendant obtained directly or indirectly as the result of such violation, including a sum of money equal to the total amount of money involved in each offense for which the defendant is convicted, pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

s/Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Jesse M. Barrett
Jesse M. Barrett
Assistant United States Attorney