UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-00071-RLM |
| | ) | |
| SEAN EAGAN | ) | |

## GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

Comes now David Capp, United States Attorney for the Northern District of Indiana, by Assistant United States Attorney Jesse M. Barrett, and respectfully requests that this Court issue a protective order governing the discovery in this case, and in furtherance of this request states as follows:

1. Defendant Sean Eagan desires to take the records obtained through grand jury subpoena in this case and copy them.

2. Given that the records Eagan desires to copy were obtained through grand jury subpoenas, the government desires to protect the contents of the records from unapproved disclosure.

3. The government asks the Court to order that the dissemination of the records be limited to the personnel necessary to make the copies, and to the individuals deemed necessary by the defense to the preparation of its case.

4. The government asks the Court to order that the records and information contained therein not be disseminated or disclosed to any person other than Eagan and defense counsel or others deemed necessary for the preparation of the case.

5. The government asks the Court to order that Eagan return the original records to the Government after the copies are made.

6. George E. Horn, Jr., counsel for Eagan, has expressed that he has no objection to this Motion.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Jesse M. Barrett
Jesse M. Barrett
Assistant United States Attorney
Internet Address: Jesse.Barrett@usdoj.gov

**AFFIDAVIT OF SERVICE**

I certify that on November 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Attorney George Horn

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

 

s/Jesse M. Barrett
United States Attorney's Office
204 South Main Street
Room M01
South Bend, IN 46601
(574) 236-8287